**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Ovelia Yarilu TORRES-ARGUIJO,**
**Defendant-Appellant**

No. 17-40507
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed December 20, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Ovelia Yarilu Torres-Arguijo, Pro Se

Before JONES, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ovelia Yarilu Torres-Arguijo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Torres-Arguijo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.